UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE THIRD-PARTY SUBPOENA TO PRODUCE DOCUMENTS | Case No. 1:13-mc-00405-JEB-DAR |
| GREGORY THORPE and BLAIR HAMRICK,<br><br>            Plaintiffs,<br><br>            v.<br><br>KEITH F. CROSS, JOSEPH F. BENNETT, and CROSS & BENNETT L.L.C.,<br><br>            Defendants. | Related to:<br>No. 1:12-cv-11632-RWZ<br>Pending in the DISTRICT OF MASSACHUSETTS |

**DECLARATION OF STEPHEN HASEGAWA IN OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME**

{00049102; 1}                                    1

## DECLARATION OF STEPHEN HASEGAWA

I, Stephen Hasegawa, hereby declare and state as follows:

1.      I am an attorney with Phillips & Cohen, LLP, counsel for non-party subpoena recipient Phillips & Cohen LLP ("P&C") in the above-captioned matter.  I serve as P&C's General Counsel.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached as Exhibit A is a copy of a letter from William J. Leonard, counsel for Greg Thorpe and Blair Hamrick, to Bonny Harbinger, a former P&C attorney, dated April 18, 2013 (with exhibits omitted).   Although the letter acknowledges that it seeks information over which P&C expressly asserted relevance, privilege, and work product objections, Thorpe and Hamrick's counsel did not copy P&C or provide notice that it was attempting to obtain the information from Ms. Harbinger notwithstanding P&C's objections. P&C obtained a copy of the letter from Ms. Harbinger.

3.      Attached as Exhibit B is a true and correct copy of a subpoena, issued from the United States District Court for the District of Columbia, seeking the deposition of Bonny Harbinger.  Despite the fact that the subpoena appears to seek information about a former P&C lawyer's work while employed by P&C, Thorpe and Hamrick did not provide P&C with notice of this subpoena.  After receiving a copy of this subpoena from counsel for Thorpe and Hamrick's litigation adversary, I asked Thorpe and Hamrick's counsel about this subpoena in conversations on May 8 and 9, 2013.  Counsel informed me that the subpoena had not yet been served on Ms. Harbinger.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of May, 2013.

Stephen Hasegawa

DECLARATION OF STEPHEN HASEGAWA

## PROOF OF SERVICE

I am employed in San Francisco, California.  I am over the age of 18 and not a party to the within action.  My business address is 100 The Embarcadero, Suite 300, San Francisco, CA 94105.

On May 10, 2013, I served the foregoing documents described as DECLARATION OF STEPHEN HASEGAWA IN OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME upon all parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

**[X]  (By Federal Express)** I enclosed the documents in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California addressed as indicated on the attached Service List.

**[X] (By ECF)** A true and correct copy of the foregoing document has been served via ECF to the parties as indicated on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 10th day of May, 2013.

_____
Christine Zengel

**SERVICE LIST**

| | |
|---|---|
| Matthew J. Fogelman<br>Fogelman & Fogelman LLC<br>100 Wells Avenue<br>Newton, MA 02459<br>(617) 559-1530<br>mjf@fogelmanlawfirm.com | Counsel for Plaintiffs/Cross-Defendants<br>Gregory Thorpe and Blair Hamrick<br><br>*[service via FedEx]* |
| William J. Leonard<br>Richard P. Limburg<br>Joseph J. McGovern<br>Obermayer Rebmann Maxwell & Hippel LLP<br>1617 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br>(215) 665-3000<br>william.leonard@obermayer.com<br>richard.limburg@obermayer.com<br>joseph.mcgovern@obermayer.com | Counsel for Plaintiffs/Cross-Defendants<br>Gregory Thorpe and Blair Hamrick<br><br>*[service via ECF]* |
| George A. Berman<br>Alan K. Tannenwald<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 951-2100<br>gberman@peabodyarnold.com<br>atannenwald@peabodyarnold.com | Counsel of Record as to Plaintiffs' Claims<br>Against Defendants<br><br>*[service via FedEx]* |
| Allison D. Burroughs<br>Benjamin L. Mack<br>Nutter, McClennen & Fish LLP<br>155 Seaport Boulevard<br>Boston , MA 02110<br>(617) 439-2775<br>aburroughs@nutter.com<br>bmack@nutter.com | Counsel of Record as to Defendant Cross &<br>Bennett L.L.C.'s Counterclaim Against<br>Plaintiffs<br><br>*[service via FedEx]* |