# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE THIRD-PARTY SUBPOENA TO PRODUCE DOCUMENTS | NO. 1:13-mc-00405-JEB-DAR |
| GREGORY THORPE, *et al*.<br><br>Plaintiffs<br><br>vs.<br><br>KEITH F. CROSS, *et al.*<br><br>Defendants | NO. 1:12-cv-11632-RWZ<br>Pending in District of Massachusetts |

## STIPULATION TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE'S MEMORANDUM ORDER AND RESPONSE THERETO

Subject to the approval of this Court, Counsel for Phillips and Cohen, LLP ("P&C") and Plaintiffs agree to an extension of time, until Monday, December 16, 2013, for Plaintiffs to file an Objection to United States Magistrate Judge, Deborah A. Robinson's Memorandum Order entered on November 19, 2013 (Dkt. 17) in the above-captioned matter. Counsel for P&C and Plaintiffs further agree that P&C's Response in Opposition to Plaintiffs' Objection shall be due on or before January 6, 2013.

AGREED:

| /S/ | /S/ |
|---|---|
| Joseph J. McGovern, Esquire | Stephen Hasegawa, Esquire |
| *Counsel for Plaintiff* | *Counsel for Phillips & Cohen LLP* |

BY THE COURT:

_____ J.

4763830.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE THIRD-PARTY SUBPOENA TO PRODUCE DOCUMENTS | NO. 1:13-mc-00405-JEB-DAR |
| GREGORY THORPE, *et al*. <br><br> Plaintiffs <br><br> vs. <br><br> KEITH F. CROSS, *et al.* <br><br> Defendants | NO. 1:12-cv-11632-RWZ <br> Pending in District of Massachusetts |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies and states that a true and correct copy of the foregoing has been served via ECF upon the following:

>Peter Wilson Chatfield, Esquire
>PHILLIPS & COHEN LLP
>2000 Massachusetts Avenue, NW
>Washington, DC 20036
>
>Stephen Hasegawa, Esquire
>PHILLIPS & COHEN LLP
>100 The Embarcadero, Suite 300
>San Francisco, CA 94105

/s/
Joseph J. McGovern, Esquire

*Attorney for Plaintiffs
Gregory Thorpe and Blair Hamrick*

Dated: December 5, 2013

4763830.1